IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY SILVA,

    Plaintiff,

v.                                                                                            Civ. No. 08-1208 RB/RLP

PATRICK SNEDEKER, Warden, *et al.,*

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Amended Report & Recommendation, and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Amended Report & Recommendation shall be adopted by the Court and this case dismissed without prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Amended Report & Recommendation [Doc. 23] is adopted by the Court;

IT IS FURTHER ORDERED  that Plaintiff's Motion to Dismiss without Prejudice [Doc. 17] be granted;

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [Doc. 3] be denied as moot.

                                                                                                          */s/ Robert C. Brack*

                                                                                             Robert C. Brack
                                                                                             United States District Judge